Mahoney, J.—Class Action.) Present—Pine, J. P., Lawton, Doerr, Boehm and Fallon, JJ.

■ In the Matter of FRANK A. CISSI, a Suspended Attorney, Resignor. [668 NYS2d 955] —Resignation accepted, name stricken from roll of attorneys and order of restitution entered. Present—Denman, P. J., Green, Pine, Fallon and Callahan, JJ.

■ In the Matter of PETER J. PECORARO, for Reinstatement. [668 NYS2d 953] —Order entered terminating suspension and reinstating petitioner as an attorney and counselor-at-law. Present—Denman, P. J., Pine, Lawton, Balio, Boehm, JJ.

■ PEOPLE v ANDRE A. MILLER, Defendant. [668 NYS2d 956] —Motion to extend time to take appeal granted. Memorandum: Pursuant to CPL 460.10, a notice of appeal must be filed with the "clerk of the criminal court in which such sentence was imposed" (CPL 460.10 [1] [a]). Present—Green, J. P., Pine, Callahan, Doerr and Fallon, JJ.

■ PEOPLE v QUINNANTHONY TISDALE, Defendant. [668 NYS2d 954] —Motion for disclosure of presentence report denied. Memorandum: The motion of defendant for disclosure of his presentence report should be made to the sentencing court (see, Matter of Legal Aid Bur. v Armer, 74 AD2d 737). Present—Green, J. P., Lawton, Callahan, Doerr and Fallon, JJ.

■ PEOPLE, Respondent, v JEFFREY CULBREATH, Appellant. [668 NYS2d 954] —Motion to enlarge record denied. Memorandum: Any issues regarding the content of the record must be settled by the trial court (see, 22 NYCRR 1000.4 [a] [1] [ii]). Present—Pine, J. P., Lawton, Callahan, Balio and Boehm, JJ.

■ PEOPLE, Respondent, v MAURICE A. FIELDER, JR., Appellant. [668 NYS2d 956] —Judgment unanimously affirmed. Counsel's application to withdraw granted (see, People v Crawford, 71 AD2d 38). (Appeal from Judgment of Wayne County Court, Kehoe J.—Criminal Sale Controlled Substance, 3d Degree.) Present—Denman, P. J., Green, Lawton, Callahan and Fallon, JJ.

■ In the Matter of CHRISTOPHER M. FERRARA, Appellant. [668 NYS2d 954] —Motion for permission to proceed as poor person and assignment of counsel denied. Memorandum: The determination of County Court is not appealable (see, People v Freeman, 236 AD2d 897). Present—Green, J. P., Lawton, Doerr, Boehm and Fallon, JJ.

■ In the Matter of CHRISTOPHER M. FERRARA, Petitioner. [668 NYS2d 954] —Motion for permission to proceed as poor person